**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

          -against-

JASMINE SALOMON,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                    ORDER

             23 Mag. 2897

GEORGE B. DANIELS, United States District Judge:

A conference is scheduled in this case for February 14, 2024, at 9:45 a.m.

Dated: New York, New York
       February  , 2024
     FEB 0 8 2024

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge