UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA
        :                               124-cr-00081 -GBD-1

        -against-                   :            ORDER
                                    :
    Jasmine Salomon
                                    :
        Defendant
                                    :
------------------------------------X


George B. Daniels, United States District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the

defendant's bail be modified to include the conditions of mental

health evaluation and treatment under the guidance of Pretrial

Services.


        Dated: New York, New York
              February __15__ , 2024



                            SO ORDERED:


                            _George B. Daniels_____
                            George B. Daniels
                            United States District Judge